UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:21-60101-CR-RS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GERALD PARKER,

    Defendant.

_____/

## OBJECTION TO PSI OR MOTION FOR DOWNWARD VARIANCE

COMES NOW the Defendant, GERALD PARKER, by and through the undersigned attorney, and files his Objection to PSI or Motion for Downward Variance, and states as follows:

1. Because of an oversight on the part of the undersigned, Paragraph 7 (b) of the Plea Agreement [DE:352] permits the Defendant to argue for a level 18 loss amount to the victims instead of a level 20.

2. The Defendant requests that if the Court has made this determination with regard to a co-defendant in this case, that a level 18 loss amount also be applied to him instead of a level 20.

3. It appears from [DE:408] that the Court on January 26, 2023 the Court held a hearing and reduced the lost amount for Co-Defendants, Paul Vandivier and Cindy Vandivier.

Wherefore for good cause shown the Defendant requests that his loss amount also be calculated at the lower level.

Respectfully submitted,

By:/s/ *Israel Jose Encinosa, Esq.*
Israel Jose Encinosa
F.B.N.: 435007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2023, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

**Israel Jose Encinosa, Esq**
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156
Tel. (786) 497-7241
Cell: (305) 804-6976
E-mail: israelencinosa1@icloud.com

By:/s/ *Israel Jose Encinosa, Esq.*
Israel Jose Encinosa